UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| HOWARD PILTCH and BARBARA NELSON-PILTCH,<br>    Plaintiffs,<br><br>vs.<br><br>FORD MOTOR COMPANY, et.al.,<br>    Defendants. | CASE NO.  3:11 CV 1 |

## NOTICE OF APPEAL

Notice is hereby given that Howard Piltch and Barbara Nelson-Piltch in the above named case hereby appeal to the United States Court of Appeals for the Seventh Circuit from the opinion and order entered in this action on March 28, 2014.

Dated:  April 28, 2014.

   /s/ Donald E. Wertheimer
Donald E. Wertheimer, #1406-71
1017 E. Jefferson Blvd.
South Bend, Indiana   46617
Telephone: 574/288-6866
E-mail: dwertheimer@sbcglobal.net
Attorney for Plaintiffs.

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been served upon the following by placing same in the United States mail, proper prepaid postage this 28th day of April, 2014.

Kevin C. Schiferl
Attorney at Law
FROST BROWN TODD
201 N. Illinois Street, Ste. 1900
P.O. Box 44961
Indianapolis, Indiana   46244-0961

   /s/ Donald E. Wertheimer
Donald E. Wertheimer, #1406-71